**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | | | |
|---|---|---|---|
| CASE NO. | 8:19-cr-521-T-30CPT | DATE: | November 18, 2020 |
| TITLE: | USA v. **Roberta A. Guedes** | | |
| TIME: | 9:01 AM – 9:47 AM | TOTAL: | 46 minutes |

| | |
|---|---|
| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
| Court Reporter: Melissa Pierson | Probation: Dee Mosley |
| Counsel for Government: | Francis Murray, AUSA |
| Counsel for Defendant: | Jason Mayberry, Retained |

## CRIMINAL MINUTES

Court in session and counsel identified for the record. HSI Special Agent Yenixa Perez and USCIS Agent Ryan Daherty are present at Government counsel table.

Defendant sworn and adjudicated guilty as to Counts One and Two of the Information.

Victim impact statement from A.C., sworn and testified before the Court.

Imprisonment: **FIFTY-FOUR (54) MONTHS. This term consists of a 30-month term as to Count One and a 24-month term as to Count Two, all such terms to run consecutively.**

The Court makes the following recommendation(s) to the Bureau of Prisons:
- Confinement at Alderson FPC.

Supervised Release: **THIRTY-SIX (36) MONTHS. This term consists of a 36-month term as to Count One and a 12-month term as to Count Two, all such terms to run concurrently.**

Fine is **waived.**

Restitution: **$14,318.00** *(See Judgment for details).*

Special Assessment: **$200.00,** to be paid immediately.

Special conditions of supervised release:
- Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of

- this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.
- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating herself for any major purchases without approval of the probation officer.
- Defendant shall provide the probation officer access to any requested financial information.
- The mandatory drug testing provisions of the Violent Crime Control Act are suspended. The Court authorizes random drug testing not to exceed 104 tests per year.

Defendant advised of right to appeal and of right to counsel on appeal.

Forfeiture ordered by the Court. Forfeiture order entered on March 13, 2020 is made a part of the Judgment.

Oral motion for downward variance, to which the Government objected, is denied for the reasons stated on the record.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 18 |
| Criminal History Category | I |
| Imprisonment Range | 27-33 months as to Count 1<br>2 years, consecutive as to Count 2 |
| Supervised Release Range | 1-3 years as to Count 1<br>1 year as to Count 2 |
| Restitution | $14,318.00 |
| Fine Range | $6,000-$60,000 |
| Special Assessment | $200.00 |